**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
      **PLEA AND**
            **SENTENCE**



FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 27 2024

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

Time in Court: _____ Hrs **55** Min

Filed in Open Court:    Date: **06/27/2024**    Time: **9:30 AM**    Tape: **FTR GOLD**

Magistrate (presiding): **LINDA T. WALKER**      Deputy Clerk: **Traci Clements Campbell**

Case Number: **1:24-cr-195-1**      Defendant's Name: **Marcello C. Banes**

AUSA: **Brent Gray**      Defendant's Attorney: **Michelle McIntyre**

USPO/PTR: **Abnel Albaladejo-Torres**      Type Counsel: ( ) Retained ( ) CJA (X) FPD ( ) Waived

_____ ARREST DATE: _____

_____ INTERPRETER: _____

**X** INITIAL APPEARANCE HEARING. ( X ) In THIS DISTRICT      Dft in custody? ( ) Yes (X) No

**X** Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed.

_____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.

_____ ORDER appointing _____ as counsel.

_____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

_____ Dft to pay attorney fees as follows: _____

_____ INFORMATION/COMPLAINT filed.      _____ WAIVER OF INDICTMENT filed.

**X** Copy **indictment**/information given to dft? (X) Yes ( ) No    Read to dft? ( ) Yes ( ) No (X) Prior to Hrg

_____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

**X** ARRAIGNMENT HELD. ( ) Superseding indictment / information    ( ) Dft's WAIVER of appearance filed.

_____ Arraignment continued to _____ at _____ Request of ( ) Govt ( ) Dft

_____ Dft failed to appear for arraignment.    Bench warrant issued _____

**X** Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.

_____ MOTION TO CHANGE PLEA, and order allowing same.

**X** ASSIGNED TO JUDGE **MAY** for (X) trial ( ) arraignment/sentence.

**X** ASSIGNED TO MAGISTRATE **WALKER** for pretrial proceedings.

**X** Estimated trial time: _____ days. (X) SHORT ( ) MEDIUM ( ) LONG

_____ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued

Case No.: 1:24-cr-195-1
Defendant: Marcello C. Banes

until _____ at _____ for sentencing.

_____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

_____ Temporary commitment issued.

## BOND/PRETRIAL DETENTION HEARING

__X__ BOND / PRETRIAL DETENTION hearing held.

_____ Government MOTION FOR DETENTION ( ) GRANTED ( ) DENIED ( ) WITHDRAWN

_____ WRITTEN ORDER TO FOLLOW.

_____ HEARING HELD on motion for reduction / modification of bond.

_____ Motion for reduction / modification of Bond ( ) GRANTED ( ) DENIED.

_____ WRITTEN ORDER TO FOLLOW.

__X__ BOND SET at $10,000.00 (OR) _____

__X__ Non-surety

_____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____

_____

_____

__X__ Bond filed; defendant released.

_____ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.

**WITNESSES:** _____

_____

_____

_____

**MISC:**

## MAGISTRATE JUDGE'S ORDER

X      Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady* v. *Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

_____

_____

_____

_____