IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCELLO C. BANES and<br>STEPHANIE R. LINDSEY | CRIMINAL ACTION NO.<br>1:24-CR-00195-LMM-LTW |

## ORDER GRANTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND CONTINUING PRETRIAL CONFERENCE

The Court finds that due to Counsels' need for additional time to review discovery, discuss it with their clients, and determine the appropriateness of any pretrial motions, it was necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161, *et seq*.

IT IS HEREBY ORDERED that the Pretrial Conference in this matter shall be held on **Thursday, September 12, 2024, at 10:00 a.m.** and the Defendant shall file Pretrial Motions by September 9, 2024.

SO ORDERED, this 11th day of July, 2024.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE