# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cr-00195-LMM-LTW
### USA v. Banes, et al.
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 09/12/2024.

TIME COURT COMMENCED: 10:06 A.M.
TIME COURT CONCLUDED: 10:18 A.M.       TAPE NUMBER: Zoom
TIME IN COURT: 00:12                   DEPUTY CLERK: Christina Klimenko
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Marcello C. Banes Present at proceedings<br>[2]Stephanie R. Lindsey Present at proceedings |
| ATTORNEY(S) PRESENT: | Brent Gray representing USA<br>Bret Hobson representing USA<br>Michelle McIntyre representing Marcello C. Banes<br>Brian Mendelsohn representing Stephanie R. Lindsey |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[36]Motion to Dismiss Counts TAKEN UNDER ADVISEMENT<br>DFT#1-[37]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT<br>DFT#2-[34]Motion to Dismiss Counts TAKEN UNDER ADVISEMENT<br>DFT#2-[35]Motion for Miscellaneous Relief TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Government's response to Defendants' pending motions (Docs. 34, 35, 36, & 37) shall be due on 11/18/2024; Defendants shall have until 12/17/2024 in which to file any reply briefs. |